UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MAMEMOR MBACKE, an individual, doing business as Arts D'Afrique,

      Plaintiff,

  v.

TRANSCON CARGO, INC., a California corporation,

      Defendant.
_____/
AND RELATED THIRD-PARTY COMPLAINT.

NO. CIV. S-06-1356 FCD/EFB

MEMORANDUM AND ORDER

----oo0oo----

    This matter is before the court on third-party defendant Shipco Transport, Inc.'s ("Shipco") motion for leave to file a fourth-party complaint, naming a newly discovered party, Maersk Sealand ("Sealand"), as a defendant.[1]  By said complaint, Shipco alleges Sealand is liable to plaintiff or Shipco for indemnity and contribution.  All parties have stipulated to allow Shipco to

---

[1] Because oral argument will not be of material assistance, the court orders this matter submitted on the briefs.  See E.D. Cal. L.R. 78-230(h).

1

file the instant complaint. (Ex. B to Berberich Decl., filed Oct. 31, 2006.) As such, the court GRANTS Shipco's motion.[2] Shipco shall file its fourth-party complaint, attached to the motion, within 10 days of the date of this order.

IT IS SO ORDERED.

DATED: November 15, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

[2] Because a scheduling order is in place in this case, Shipco inappropriately moved for relief under Fed. R. Civ. P. 14; nonetheless, the court construes the motion under Fed. R. Civ. P. 16(b) and grants it as Shipco has demonstrated the requisite "good cause," and there is no opposition to the motion.

2