1  B. Alexander Moghaddam (SBN 141199)
   LAW OFFICES OF ALEXANDER MOGHADDAM, PC
2  2001 Wilshire Blvd., Suite 210
   Santa Monica, CA 90403
3  Tel: (310) 315-3442
   Fax: (310) 315-4144
4
   Attorneys for Fourth Party Defendant
5  MAERSK SEALAND

6

7  **UNITED STATES DISTRICT COURT**

8  **EASTERN DISTRICT OF CALIFORNIA–SACRAMENTO DISTRICT**

9

| | |
|---|---|
| MAMEMOR MBACKE, an individual doing business as Arts d'Afrique, | Case No.: 206 CV-01356-FCD-EFB |
| Plaintiff, vs. | **STIPULATION AND ORDER** |
| TRANSCON CARGO, INC. a California corporation; and DOES I-XX, inclusive, | |
| Defendants. | |
| TRANSCON CARGO, INC., | |
| Third-Party Plaintiffs, vs. | |
| SHIPCO TRANSPORT, INC., and ROES 1 through 10, inclusive, | |
| Third-Party Defendants. | |
| TRANSCON CARGO, INC., | |
| Fourth-Party Plaintiff, vs. | |
| MAERSK SEALAND and ZOES 1 through 10, inclusive, | |
| Fourth-Party Defendants. | |

1

STIPULATION AND ORDER

Fourth-Party Plaintiff SHIPCO TRANSPORT, INC. (hereinafter "Shipco") and Fourth-Party Defendant MAERSK SEALAND (hereinafter "Maersk"), by and through their attorneys of record, hereby stipulate to, and request an order, extending the last day for Maersk's response to Shipco's Fourth-Party Complaint from January 2, 2007, to January 19, 2007.  This is the first extension for Maersk's response to the Fourth-Party Complaint.

DATED: January ___, 2007     MONROE & ZINDER, PC

By:  _____
Daniel F. Berberich
Attorneys for Fourth-Party Plaintiff and Third-Party Defendant
SHIPCO TRANSPORT, INC.

DATED: January ___, 2007     LAW OFFICES OF ALEXANDER MOGHADDAM, PC

By:  _____
B. Alexander Moghaddam
Attorneys for Fourth-Party Defendant
MAERSK SEALAND

## **ORDER**

The foregoing stipulation by and between Fourth-Party Plaintiff Shipco Transport, Inc. and  Fourth-Party Defendant Maersk Sealine is hereby approved. Fourth-Party Defendant 's time to file and serve a response  to the Fourth-Party Complaint is extended to January 19, 2007.

DATED: February 2, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE