Kelly T. Smith 196821
THE SMITH FIRM
1541 Corporate Way, Suite 100
Sacramento, CA 95831
Telephone: (916) 442-2019
Facsimile: (916) 442-0220

William Korup 212927
LAW OF OFFICE OF WILLIAM KORUP
410 Twelfth Street, Suite 2
Sacramento, CA 95814
Telephone: (916) 443-6908
Facsimile: (916) 483-5221

Attorneys for Plaintiff
MAMEMOR MBACKE

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAMEMOR MBACKE, an individual, doing business as Arts D'Afrique, | Case No. 2:06−CV−01356−FCD−PAN (JFM) |
| Plaintiff, | **STIPULATION AND ORDER TO ELECT REFERRAL TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP)** |
| vs. | |
| TRANSCON CARGO, INC., a California corporation, | [Eastern District Court Local Rule 16-271] |
| Defendant. | |
| And Related Cross Action | **Before the Hon. Frank C. Damrell, Jr.** |

## STIPULATION

Pursuant to Local Rule 16-271, the parties hereby agree to submit the above matter to mediation under the Court's Voluntary Dispute Resolution Program.

DATE: _____

KELLY T. SMITH
Attorney for Plaintiff
MAMEMOR MBACKE

---

1

ELECTION TO REFERRAL TO VOLUNTARY DISPUTE RESOLUTION PROGRAM

DATE: _____
CAMERON W. ROBERTS
Attorney for Defendant
TRANSCON CARGO, INC.

DATE: _____
DANIEL BERBERICH
Attorney for Defendant
SHIPCO TRANSPORT, INC.

DATE: _____
B. ALEXANDER MOGHADDAM
Attorney for Defendant
MAERSK SEALAND

**ORDER**

IT IS SO ORDERED.

DATE: April 11, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE