1  **LAW OFFICES OF CAMERON W. ROBERTS**
   CAMERON W. ROBERTS  [State Bar No. 176682]
2  5777 West Century Boulevard, Suite 1410
   Los Angeles, California 90045
3  Telephone:  (310) 642-9800
   Facsimile:  (310) 868-2923
4

5  Attorneys for defendant
   TRANSCON CARGO, INC.
6

7

8                     **UNITED STATES DISTRICT COURT**

9                     **EASTERN DISTRICT OF CALIFORNIA**

10

11 | MAMEMOR MBACKE, an individual, doing business as Arts D'Afrique, | ) ) ) ) | **CASE NO. 2:06-CV-01356 FCD EFB** |
|---|---|---|
|         Plaintiff, | ) ) ) | **JOINT STIPULATION AND ORDER TO FILE FIRST AMENDED THIRD-PARTY COMPLAINT** |
|     vs. | ) ) ) | |
| TRANSCON CARGO, INC., a California corporation; and DOES I-XX, inclusive, | ) ) ) ) | |
|         Defendants. | ) ) | |
| TRANSCON CARGO, INC., | ) ) ) | |
|         Third-party Plaintiff, | ) ) ) ) | |
|     vs. | ) ) ) | |
| SHIPCO TRANSPORT, INC.; MAERSK SEALAND; and ROES 1 through 10, inclusive, | ) ) ) ) | |
|         Third-party Defendants. | ) ) ) | |

26

27      Third-Party Plaintiff, TRANSCON CARGO, INC. (hereinafter

28 "Transcon"); Third-Party Defendants MAERSK SEALAND; Fourth-Party

   Plaintiff and Third Party Defendant, SHIPCO TRANSPORT, INC.; and

1 Plaintiff MAMEMOR MBACKE, by and through their attorneys of record,
2 hereby stipulate to and request an order, permitting Transcon to
3 file a first amended third-party complaint naming Maersk Sealand as
4 a third-party defendant to Transcon's third-party complaint.

5     Trancon filed its third-party complaint on June 14, 2006.
6 Maersk Sealand answered Shipco Transport, Inc.'s fourth-party
7 complaint on or about January 19, 2007.  Maersk Sealand was not a
8 party to this litigation until Shipco made a motion to file its
9 fourth-party complaint.

10     Defendant, Transcon is prepared and will file the attached
11 first amended third-party complaint upon the Courts order.  A copy
12 of the proposed third-party complaint is attached hereto as Exhibit
13 "A."

14     For those reasons, the parties respectfully submit that good
15 cause exists in the instant case for the Court to enter such an
16 order.

17

18 Dated: April 30, 2007            **LAW OFFICES OF CAMERON W. ROBERTS**

19

20                                          /S/ Cameron Roberts
                                   By: _____
21                                       CAMERON W. ROBERTS
                                         Attorneys for defendant
22                                       TRANSCON CARGO, INC.

23

24

25
   Dated:  April 30, 2007           **THE SMITH FIRM**
26

27
                                            /S/ Kelly T. Smith
28                                 By: _____
                                         Kelly T. Smith
                                         Attorneys for plaintiff
                                         MAMEMOR MBACKE

Dated: April 30, 2007         **LAW OFFICES OF ALEXANDER MOGHADDAM**


                                    /S/ Alexander Moghaddam
                        By: _____
                            ALEXANDER MOGHADDAM
                            Attorneys for Fourth-Party
                            Defendant MAERSK SEALAND

Dated: May 1, 2007           **MONROE & ZINDER, PC**


                                    /S/ Daniel Berberich
                        By: _____
                            DANIEL F. BERBERICH
                            Attorneys for Fourth-Party
                            Plaintiff and Third-Party Defendant
                            SHIPCO TRANSPORT, INC.

**ORDER**

   Third-Party Plaintiff, TRANSCON CARGO, INC. shall file and serve its first amended third-party complaint within five (5) Court days of this order.

Dated: May 4, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE