1  B. Alexander Moghaddam (SBN 141199)
   LAW OFFICES OF ALEXANDER MOGHADDAM, PC
2  2001 Wilshire Blvd., Suite 210
   Santa Monica, CA 90403
3  Tel: (310) 315-3442
   Fax: (310) 315-4144
4
   Attorneys for Fourth Party Defendant
5  MAERSK SEALAND

6
                    **UNITED STATES DISTRICT COURT**
7
           **EASTERN DISTRICT OF CALIFORNIA–SACRAMENTO DISTRICT**
8

9  MAMEMOR MBACKE, an individual doing  )   Case No.: 2:06 CV-01356-FCD-EFB
   business as Arts d'Afrique,           )
10                                        )
                Plaintiff,                )
11      vs.                               )   **STIPULATION AND ORDER RE:**
                                          )   **EXTENSION OF DISCOVERY CUT-**
12 TRANSCON CARGO, INC. a California     )   **OFF**
   corporation; and DOES I- XX, inclusive,)
13                                        )
                Defendants.               )
14 _____)
                                          )
15 TRANSCON CARGO, INC.,                  )
                                          )
16              Third-Party               )
                Plaintiffs,               )
17      vs.                               )
                                          )
18 SHIPCO TRANSPORT, INC., and ROES 1    )
   through 10, inclusive,                 )
19                                        )
                Third-Party               )
20              Defendants.               )
   _____)
21                                        )
   TRANSCON CARGO, INC.,                  )
22                                        )
                Fourth-Party              )
23              Plaintiff,                )
        vs.                                )
24                                        )
   MAERSK SEALAND and ZOES 1 through     )
25 10, inclusive,                         )
                                          )
26              Fourth-Party              )
                Defendants.               )
27 _____)

28

                                         1
   STIPULATION AND ORDER RE: EXTENSION OF DISCOVERY CUT-OFF

Plaintiff, MAMEMOR MBACKE, Defendant and Third-Party Plaintiff, TRANSCON CARGO, INC., Third-Party Defendant and Fourth-Party Plaintiff, SHIPCO TRANSPORT, INC., and, Fourth-Party Defendant, MAERSK SEALAND by and through their attorneys of record, hereby stipulate that the discovery cut-off in the above-captioned action be extended from June 15, 2007, to September 15, 2007.  This is the first extension of the discovery cut-off date requested by the parties and will not affect the trial date presently set for February 27, 2008.

DATED: April ___, 2007            THE SMITH FIRM

By: _____
Kelly Smith
Attorneys for Plaintiff, MAMEMOR MBACKE
D/B/A ARTS D'AFRIQUE

DATED: April ___, 2007            LAW OFFICE OF CAMERON W. ROBERTS

By: _____
Cameron W. Roberts
Attorneys for Defendant and Third-Party Plaintiff
TRANSCON CARGO, INC.

DATED: April ___, 2007            MONROE & ZINDER, P.C.

By: _____
Daniel F. Berberich
Attorneys for Third-Party Defendant and Fourth-Party Plaintiff, SHIPCO TRANSPORT, INC.

DATED: April ___, 2007           LAW OFFICES OF ALEXANDER
                                 MOGHADDAM, PC


                        By:      _____
                                 B. Alexander Moghaddam
                                 Attorneys for Fourth-Party Defendant
                                 MAERSK SEALAND

**ORDER**

The foregoing stipulation by and between the parties is hereby approved. The discovery cut-off date in the above-captioned action is extended from June 15, 2007 to September 15, 2007.

DATED: May 8, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE