**ROBERTS & KEHAGIARAS LLP**
CAMERON W. ROBERTS  [State Bar No. 176682]
5777 West Century Boulevard, Suite 1410
Los Angeles, California 90045
Telephone:  (310) 642-9800
Facsimile:  (310) 868-2923

Attorneys for defendant and third-party plaintiff
TRANSCON CARGO, INC.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAMEMOR MBACKE, an individual, doing business as Arts D'Afrique, <br><br>   Plaintiff, <br><br>   vs. <br><br> TRANSCON CARGO, INC., a California corporation; and DOES I-XX, inclusive, <br><br>   Defendants. <br>_____ <br> TRANSCON CARGO, INC., <br><br>   Third-party Plaintiff, <br><br>   vs. <br><br> SHIPCO TRANSPORT, INC.; MAERSK SEALAND; and ROES 1 through 10, inclusive, <br><br>   Third-party Defendants. <br>_____ | **CASE NO. 2:06-CV-01356-FCD-EFB** <br><br> <u>IN ADMIRALTY</u> <br><br> **STIPULATION AND ORDER RE: VOLUNTARY DISMISSAL WITHOUT PREJUDICE** <br><br> [Fed. R. Civ. P. 41(a)(1)(ii) and (2)] |

---

-1-

G:\DOCS\FCD\orders to be signed\MBACKE-TRANSCON Stip dismissal.wpd    **STIP. TO DISMISS 3RD PARTY COMPLAINT**

1  COME NOW defendant and third-party plaintiff TRANSCON CARGO,
2 INC. ("TRANSCON") and third-party defendants SHIPCO TRANSPORT, INC.
3 and MAERSK SEALAND (collectively, "the Ocean Carriers"), and
4 further to an agreement among the parties, and under Federal Rule
5 of Civil Procedure 41(a)(1)(ii), the parties stipulate to the
6 voluntary dismissal, without prejudice, of TRANSCON's First Amended
7 Third-Party Complaint against the Ocean Carrier defendants in the
8 above-captioned action.  Accordingly, Ocean Carriers' pending
9 motions for summary judgment and partial summary judgment filed
10 against TRANSCON and scheduled for hearing on January 18, 2008, are
11 withdrawn and moot as to TRANSCON only.

12 Dated: January 2, 2007          **ROBERTS & KEHAGIARAS LLP**

14                                         /S/ Cameron Roberts
                                 By: _____
15                                  CAMERON W. ROBERTS
                                    Attorneys for defendant
16                                  TRANSCON CARGO, INC.

17 Dated: January 2, 2008          **LAW OFFICES OF ALEXANDER MOGHADDAM**

19                                         /S/ Alexander Moghaddam
20                               By: _____
                                    ALEXANDER MOGHADDAM
21                                  Attorneys for Fourth-Party
                                    Defendant MAERSK SEALAND

23 Dated: January 2, 2008          **MONROE & ZINDER, PC**

25                                         /S/ Daniel Berberich
26                               By: _____
                                    DANIEL F. BERBERICH
27                                  Attorneys for Fourth-Party
                                    Plaintiff and Third-Party Defendant
28                                  SHIPCO TRANSPORT, INC.

-2-

G:\DOCS\FCD\orders to be signed\MBACKE-TRANSCON Stip dismissal.wpd   **STIP. TO DISMISS 3RD PARTY COMPLAINT**

1 **ORDER**

2 The Court, having considered the parties' stipulation, hereby
3 dismisses without prejudice TRANSCON's First Amended Third-Party
4 Complaint against all named defendants.

5 SHIPCO TRANSPORT, INC. and MAERSK SEALAND's pending motions
6 for summary judgment and partial summary judgment filed against
7 TRANSCON and scheduled for hearing on January 18, 2008, are
8 withdrawn and moot as to TRANSCON only.

10 IT IS SO ORDERED.

12 Dated: January 3, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

G:\DOCS\FCD\orders to be signed\MBACKE-TRANSCON Stip dismissal.wpd   **STIP. TO DISMISS 3RD PARTY COMPLAINT**