UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MAMEMOR MBACKE,

        Plaintiff(s),

   v.

TRANSCON CARGO, INC., et al.,

        Defendant(s).
_____/

NO. 2:06- cv-1356 FCD/EFB

**ORDER RE: SETTLEMENT AND DISPOSITION**

     Pursuant to the representations of the plaintiff, in the above action, the court has determined that this case has settled.

     In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before Mary 5, 2008.  All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

     **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

     **IT IS SO ORDERED**.

Dated: April 1, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE