1  B. Alexander Moghaddam (SBN 141199)
   LAW OFFICES OF ALEXANDER MOGHADDAM, PC
2  2001 Wilshire Blvd., Suite 210
   Santa Monica, CA 90403
3  Tel:  (310) 315-3442
   Fax: (310) 315-4144
4
   Attorneys for Defendant, Third-Party Defendant, and Fourth-Party Defendant
5  MAERSK SEALAND

6
                    **UNITED STATES DISTRICT COURT**
7
            **EASTERN  DISTRICT OF CALIFORNIA–SACRAMENTO  DISTRICT**
8

9  MAMEMOR MBACKE, an individual doing )   Case No.: 2:06 CV-01356-FCD-EFB
   business as Arts d'Afrique,                    )
10                                                )
                                                  )
11         Plaintiff,                             )
       vs.                                        )   **STIPULATION AND ORDER RE: NON-**
                                                  )   **PUBLICATION OF COURT'S**
12 TRANSCON CARGO, INC. a California              )   **MEMORANDUM AND ORDER DATED**
   corporation; and DOES I- XX, inclusive,        )   **JANUARY 25, 2008, DENYING**
13                                                )   **MOTIONS FOR SUMMARY**
         Defendants.                              )   **JUDGMENT**
14 _____                )
                                                  )
15 TRANSCON CARGO, INC.,                          )
                                                  )
16       Third-Party                              )
         Plaintiffs,                              )
17     vs.                                        )
                                                  )
18 SHIPCO TRANSPORT, INC., and ROES 1             )
   through 10, inclusive,                         )
19                                                )
         Third-Party                              )
20       Defendants.                              )
   _____                )
21                                                )
   TRANSCON CARGO, INC.,                          )
22                                                )
         Fourth-Party                             )
23       Plaintiff,                               )
       vs.                                        )
24                                                )
   MAERSK SEALAND and ZOES 1 through              )
25 10, inclusive,                                 )
                                                  )
26       Fourth-Party                             )
         Defendants.                              )
27 _____                )

28

                                     1
   ─────────────────────────────────────────────────────────────────
   STIPULATION and ORDER RE: NON-PUBLICATION OF COURT'S MEMORANDUM AND ORDER DATED
              JANUARY 25, 2008, DENYING MOTIONS FOR SUMMARY JUDGMENT

Plaintiff MAMEMOR MBACKE (hereinafter "Plaintiff"), Defendant, Third-Party Defendant, and Fourth-Party Plaintiff SHIPCO TRANSPORT, INC. (hereinafter "Shipco"), and Defendant, Third-Party Defendant, and Fourth-Party Defendant MAERSK SEALAND (hereinafter "Maersk"), by and through their attorneys of record, hereby stipulate, and respectfully request, that the Court order that its Memorandum and Order dated January 25, 2008, not be officially published.

On April 21, 2006, Plaintiff filed a complaint against Defendant and Third-Party Plaintiff, Transcon Cargo Inc.(hereinafter "Transcon") alleging four causes of action in connection with two shipments of goods from California to Africa. On June 16, 2006, Transcon removed the state court action to the United States District Court for the Eastern District of California and filed a Third-Party Complaint pursuant to F.R.C.P. Rules 14(a) and (c). Transcon's Third-Party Complaint impleaded Shipco and alleged indemnity and contribution claims against Shipco.  Shipco, in turn, filed a Fourth-Party Complaint on November 17, 2006, impleading Maersk and asserting indemnity and contribution claims against Maersk pursuant to F.R.C.P. Rule 14(a) and (c).  Transcon amended its Third-Party Complaint on May 8, 2007, also impleading Maersk and asserting indemnification and contribution claims against it.

In due course, Plaintiff and Transcon entered into a settlement agreement, and Plaintiff dismissed his case against Transcon, and Transcon thereafter dismissed its third-party complaint in its entirety . Shipco and Maersk filed motions for summary judgment and partial summary judgment on November 29 and December 21, 2007, respectively.  The Court took both motions under submission and, on January 25, 2008, issued a Memorandum and Order denying both motions.

Plaintiff, Shipco, and Maersk have now entered into a settlement agreement resolving all claims as between them and, as part of the terms of their settlement, have agreed to stipulate, and respectfully request, that the Court order that its Memorandum and Order dated January 25, 2008, not be officially published..

STIPULATION and ORDER RE: NON-PUBLICATION OF COURT'S MEMORANDUM AND ORDER DATED JANUARY 25, 2008, DENYING MOTIONS FOR SUMMARY JUDGMENT

| | | |
|---|---|---|
| 1 | DATED: April ___, 2008 | THE SMITH FIRM |
| 2 | | |
| 3 | | |
| 4 | | By: _____/S/_____ |
| 5 | | Kelly Smith |
| | | Attorneys for Plaintiff, MAMEMOR MBACKE |
| 6 | | D/B/A ARTS D'AFRIQUE |
| 7 | | |
| 8 | DATED: April ___, 2008 | MONROE & ZINDER, P.C. |

<br>

By: _____/S/_____
Attorneys for Defendant, Third-Party Defendant,
and Fourth-Party Plaintiff, SHIPCO TRANSPORT,
INC.

DATED: April ___, 2008      LAW OFFICES OF ALEXANDER
                            MOGHADDAM, PC

By: _____/S/_____
B. Alexander Moghaddam
Attorneys for Defendant, Third-Party Defendant,
and Fourth-Party Defendant
MAERSK SEALAND

**ORDER**

The foregoing stipulation by and between Plaintiff, Shipco, and Maersk is hereby approved. The Court hereby orders that its Memorandum and Order dated January 25, 2008, denying Shipco and Maersk's motions for summary judgment and partial summary judgment not be officially published.

Dated: May 23, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION and ORDER RE: NON-PUBLICATION OF COURT'S MEMORANDUM AND ORDER DATED
JANUARY 25, 2008, DENYING MOTIONS FOR SUMMARY JUDGMENT